16919

## ATLANTIC COAST LINE RAILROAD COMPANY v. THE PUBLIC SERVICE COMMISSION OF SOUTH CAROLINA *ET AL.*

(84 S. E. (2d) 132)

*Messrs. McKay & McKay,* of Columbia, *for Appellant,*

138

*Messrs. T. C. Callison, Attorney General,* and *Irvine F. Belser, Assistant Attorney General,* of Columbia, *for Respondents.*

October 11, 1954.

PER CURIAM.

The Order of Honorable E. H. Henderson has been carefully considered in the light of the record and the exceptions, and we find no error.

Let the Order be reported as the judgment of this Court.

Before STUKES, TAYLOR, OXNER and LEGGE, JJ.